**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| REGINA BARNES, AS NEXT FRIEND OF TIANA GIBSON, AN INCAPACITATED ADULT | : | Case No. 1:20-cv-04310-JPB |
| Plaintiff, | : | |
| vs. | : | Hon. J. P. Boulee |
| MEDTRONIC, INC. et al., | : | |
| Defendants. | : | |

**JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT AND JOINT MOTION FOR EXTENSION OF TEMPORARY STAY**

Plaintiff Regina Barnes on behalf of Tiana Gibson ("Plaintiff") and Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Logistics, LLC, and Medtronic Puerto Rico Operations, Co. (collectively, "Medtronic" or "Defendants") (collectively the "Parties"), respectfully submit this Joint Status Report Regarding the Status of Settlement and notify the Court of the following:

1. Plaintiff's counsel represent numerous plaintiffs with cases proceeding in this and other courts asserting similar claims against Medtronic for injuries they contend arise out of their use of SynchroMed® II Infusion System.

2. On June 1, 2022, the Parties requested a stay of proceedings in this case in order to finalize a settlement (ECF No. 34), and the Court granted that stay on June 2, 2022 (ECF No. 54).

3. The Parties, having come to a resolution on this matter, continue to work diligently toward finalizing the settlement by working to obtain the necessary settlement paperwork and secure all Parties' agreement. The Parties anticipate that completion of the settlement process will take approximately 60 additional days.

4. The Parties will file a dismissal with the Court once the settlement paperwork is finalized and complete.

WHEREFORE, the Parties jointly and respectfully request that this Court allow this matter to remain stayed and administratively closed pending the completion of settlement. This request is not made for purposes of delay but in a good faith effort to resolve the above-referenced matter.

Dated: August 1, 2022

Respectfully submitted,

*_/s/ Laura J. Baughman_*
Laura J. Baughman
**MARTIN BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
lbaughman@martinbaughman.com

*_/s/ Robert M. Hammers, Jr._*
Robert M. Hammers, Jr.
GA Bar No. 337211
**SCHNEIDER HAMMERS, LLC**
4444 Glenridge Connector, Suite 975
Atlanta, GA 30342
(770) 394-0047
(678) 623-5271 (facsimile)
rob@schneiderhammers.com

*Counsel for Plaintiff*

-and-

/s/ *Sara K. Thompson*
Lori G. Cohen
GA Bar No. 174455
Sara K. Thompson
GA Bar No. 601177
Brandon D. Cox
GA Bar No. 832025
Taryn W. Harper
GA Bar No. 335174
**GREENBERG TRAURIG, LLP**
3333 Piedmont Rd. NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: cohenl@gtlaw.com
thompsons@gtlaw.com
coxb@gtlaw.com
harpert@gtlaw.com

*Counsel for Defendants*

**Font Certification**

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

/s/ *Sara K. Thompson*
Sara K. Thompson

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record registered to receive such notice as well as the following counsel of record who are not registered CM/ECF participants:

Laura J. Baughman
**MARTIN BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
lbaughman@martinbaughman.com

/s/ *Sara K. Thompson*
Sara K. Thompson

*Counsel for Defendants*