IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REGINA BARNES, AS NEXT FRIEND OF TIANA GIBSON, AN INCAPACITATED ADULT

Plaintiff,

v.

MEDTRONIC, INC.;
MEDTRONIC USA, INC.;
MEDTRONIC LOGISTICS, LLC; and
MEDTRONIC PUERTO RICO OPERATIONS, CO.,

Defendants.

CIVIL ACTION FILE
CASE NO. 1:20-cv-04310-JPB

JURY TRIAL DEMANDED

HON. J. B. BOULEE

**STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between Regina Barnes, as Next Friend of Tiana Gibson, an Incapacitated Adult, ("Plaintiff") and Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Logistics, LLC, and Medtronic Puerto Rico Operations Co. ("Defendants") (collectively, the "Parties"), that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Wherefore, the Parties ask that this case be dismissed without prejudice and with each party bearing its own fees and costs, and an order, should one be deemed necessary, be entered for same.

If no request to reopen the case is made within one hundred and twenty (120) days, the Court may dismiss the case with prejudice.

Dated: October 3, 2022

Respectfully submitted,

*/s/Kay L. Van Wey*
Kay L. Van Wey
VAN WEY, METZLER & WILLIAMS, PLLC
12720 Hillcrest Rd. Suite 600
Dallas, Texas 75230
(214) 329-1350
(800) 582-1042 – Facsimile
kay@vwmwlaw.com
courtfilings@vwpwlaw.com

*/s/ Robert M. Hammers, Jr.*
Robert M. Hammers, Jr.
Georgia Bar No. 337211
SCHNEIDER HAMMERS, LLC
4444 Glenridge Connector, Suite 975
Atlanta, GA 30342
Phone: (770) 394-0047
Fax: (678) 623-5271
rob@schneiderhammers.com

***Counsel for Plaintiff***

*/s/ Sara K. Thompson*
Lori G. Cohen
Attorney Bar Number: 174455
Sara K. Thompson
Attorney Bar Number: 601177
Brandon D. Cox
Attorney Bar Number: 832025
Taryn W. Harper
Attorney Bar Number: 335174
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
cohenl@gtlaw.com
thompsons@gtlaw.com
coxb@gtlaw.com
harpert@gtlaw.com

***Counsel for Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Logistics, LLC, and Medtronic Puerto Rico Operations Co.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

/s/ *Robert M. Hammers, Jr.*
Robert M. Hammers, Jr.